**Discovery Assistance Requested Pursuant to 28 U.S.C. § 1782**

  A.  **Documents to be Provided**

  1.  All documents regarding any account owned or controlled by Manuel Torruella at Banesco USA, SunTrust Bank, SunTrust Banks, Inc., Miura Investment Advisors, Inc., MWM Investments Ltd., and or Multiplicas Investments, Ltd., including but not limited to account opening documents, account statements, wire transfer receipts or documentation, checks, memoranda, or correspondence.

  2.  All documents that pertain to the transfer of funds owned or controlled by Manuel Torruella in Venezuela to the United States, including but not limited to account statements, wire transfer receipts or documentation, checks, memoranda, or correspondence.

  3.  All documents regarding any account owned or controlled by MWM Investments Ltd.—and related to Manuel Torruella—at Banesco USA, SunTrust Bank, SunTrust Banks, Inc., Multiplicas Investments Ltd., and or Miura Investment Advisors, Inc., including but not limited to account opening documents, account statements, wire transfer receipts or documentation, checks, memoranda, or correspondence.

  4.  All documents regarding any account owned or controlled by Multiplicas Investments Ltd.—and related to Manuel Torruella—at Banesco USA, SunTrust Bank, SunTrust Banks, Inc., MWM Investments Ltd., and or Miura Investment Advisors, Inc., including but not limited to account opening documents, account statements, wire transfer receipts or documentation, checks, memoranda, or correspondence.

  5.  All documents regarding any account owned or controlled by Miura Investment Advisors, Inc.—and related to Manuel Torruella—at Banesco USA, SunTrust Bank, SunTrust Banks, Inc., MWM Investments Ltd., and or Multiplicas Investments Ltd., including but not limited to account statements, wire transfer receipts or documentation, checks, memoranda, or correspondence.

  B.  **Witness(es) to be Provided for a Sworn Videotaped Deposition(s)**

  The Applicants request that each of the Respondents be directed to produce the following witness(es) for a sworn deposition(s), before a videographer, within 20 days of the service of subpoenas by Applicants upon each of the Respondents pursuant to the Court's order granting discovery assistance:

  1.  Italo D'Alfonson;

  2.  Mario V. D'Alfonso;

  3.  Hugo Ortega;

  4.  Marlo G. Ovalles;

5. The most knowledgeable representative of Banesco USA regarding Manuel Torruella and his assets and financial transactions, including but not limited to any financial accounts owned or controlled by Manuel Torruella, whether directly or through entities such as Miura Investment Advisors, Inc., Multiplicas Investments Ltd., or MWM Investments Ltd.

6. The most knowledgeable representative of SunTrust Bank regarding Manuel Torruella and his assets and financial transactions, including but not limited to any financial accounts owned or controlled by Manuel Torruella, whether directly or through entities such as Miura Investment Advisors, Inc., Multiplicas Investments Ltd., or MWM Investments Ltd.

8. The most knowledgeable representative of SunTrust Banks, Inc. regarding Manuel Torruella and his assets and financial transactions, including but not limited to any financial accounts owned or controlled by Manuel Torruella, whether directly or through entities such as Miura Investment Advisors, Inc., Multiplicas Investments Ltd., or MWM Investments Ltd.

9. The most knowledgeable representative of Miura Investment Advisors, Inc. regarding Manuel Torruella and his assets and financial transactions, including but not limited to any financial accounts owned or controlled by Manuel Torruella, whether directly or through entities such as Miura Investment Advisors, Inc., Multiplicas Investments Ltd., or MWM Investments Ltd.

10. The most knowledgeable representative of Multiplicas Investments Ltd. regarding Manuel Torruella and his assets and financial transactions, including but not limited to any financial accounts owned or controlled by Manuel Torruella, whether directly or through entities such as Miura Investment Advisors, Inc., Multiplicas Investments Ltd., or MWM Investments Ltd.

11. The most knowledgeable representative of MWM Investments Ltd. regarding Manuel Torruella and his assets and financial transactions, including but not limited to any financial accounts owned or controlled by Manuel Torruella, whether directly or through entities such as Miura Investment Advisors, Inc., Multiplicas Investments Ltd., or MWM Investments Ltd.