**United States District Court**
**for the Southern District of Florida**

**Case No. _____**

In Re:

**Application of Maigualida Naranjo**
**Barrios for Foreign Discovery Assistance**
**Pursuant to 28 U.S.C. § 1782,**

      **Applicant, Maigualida Naranjo**
      **Barrios.**
_____/

### *Ex Parte* Order Granting Application for Discovery Assistance

**This Matter** came before the Court pursuant to an Application for Discovery Assistance with Respect to Foreign Legal Proceedings (the "Application") by Maigualida Naranjo Barrios (the "Applicant"), pursuant to 28 U.S.C. § 1782.  Upon review of the Application, Applicant's supporting memorandum, the legal authorities associated with 28 U.S.C. § 1782, and being apprised of all pertinent matters, it is hereby **Ordered and Adjudged** that:

    1.    Applicant's Application is granted.

    2.    Applicant may issue subpoena pursuant to Federal Rule of Civil Procedure 45 requiring Respondents—i.e., Banesco USA, SunTrust Bank, SunTrust Banks, Inc., Miura Investment Advisors, Inc., Multiplicas Investments Ltd., MWM Investments Ltd, Italo D'Alfonso, Mario V. D'Alfonso, Hugo Ortega, and Marlo G. Ovalles—to produce the following documents (or materials) to Applicant:

        (a)    All documents regarding any account owned or controlled by Manuel Torruella at Banesco USA, SunTrust Bank, SunTrust Banks, Inc., Miura Investment Advisors, Inc., MWM Investments Ltd., and or Multiplicas Investments, Ltd., including but not limited to account opening documents, account statements, wire transfer receipts or documentation, checks, memoranda, or correspondence;

(b)     All documents that pertain to the transfer of funds owned or controlled by Manuel Torruella in Venezuela to the United States, including but not limited to account statements, wire transfer receipts or documentation, checks, memoranda, or correspondence;

(c)     All documents regarding any account owned or controlled by MWM Investments Ltd.—and related to Manuel Torruella—at Banesco USA, SunTrust Bank, SunTrust Banks, Inc., Multiplicas Investments Ltd., and or Miura Investment Advisors, Inc., including but not limited to account opening documents, account statements, wire transfer receipts or documentation, checks, memoranda, or correspondence;

(d)     All documents regarding any account owned or controlled by Multiplicas Investments Ltd.—and related to Manuel Torruella—at Banesco USA, SunTrust Bank, SunTrust Banks, Inc., MWM Investments Ltd., and or Miura Investment Advisors, Inc., including but not limited to account opening documents, account statements, wire transfer receipts or documentation, checks, memoranda, or correspondence; and

(e)     All documents regarding any account owned or controlled by Miura Investment Advisors, Inc.—and related to Manuel Torruella—at Banesco USA, SunTrust Bank, SunTrust Banks, Inc., MWM Investments Ltd., and or Multiplicas Investments Ltd., including but not limited to account statements, wire transfer receipts or documentation, checks, memoranda, or correspondence.

3.     The Applicant may issue a subpoenas requiring Respondents to produce the following witnesses for a depositions by Applicant, before a videographer, and conducted in accordance with the Federal Rules of Civil Procedure:

(a)     Italo D'Alfonson;

(b)     Mario V. D'Alfonso;

(c)     Hugo Ortega;

(d)     Marlo G. Ovalles;

(e)     The most knowledgeable representative of Banesco USA regarding Manuel Torruella and his assets and financial transactions, including but not limited to any financial accounts owned or

controlled by Manuel Torruella, whether directly or through entities such as Miura Investment Advisors, Inc., Multiplicas Investments Ltd., or MWM Investments Ltd.;

(f)     The most knowledgeable representative of SunTrust Bank regarding Manuel Torruella and his assets and financial transactions, including but not limited to any financial accounts owned or controlled by Manuel Torruella, whether directly or through entities such as Miura Investment Advisors, Inc., Multiplicas Investments Ltd., or MWM Investments Ltd.;

(g)     The most knowledgeable representative of SunTrust Banks, Inc. regarding Manuel Torruella and his assets and financial transactions, including but not limited to any financial accounts owned or controlled by Manuel Torruella, whether directly or through entities such as Miura Investment Advisors, Inc., Multiplicas Investments Ltd., or MWM Investments Ltd.;

(h)     The most knowledgeable representative of Miura Investment Advisors, Inc. regarding Manuel Torruella and his assets and financial transactions, including but not limited to any financial accounts owned or controlled by Manuel Torruella, whether directly or through entities such as Miura Investment Advisors, Inc., Multiplicas Investments Ltd., or MWM Investments Ltd.;

(i)     The most knowledgeable representative of Multiplicas Investments Ltd. regarding Manuel Torruella and his assets and financial transactions, including but not limited to any financial accounts owned or controlled by Manuel Torruella, whether directly or through entities such as Miura Investment Advisors, Inc., Multiplicas Investments Ltd., or MWM Investments Ltd.; and

(j)     The most knowledgeable representative of MWM Investments Ltd. regarding Manuel Torruella and his assets and financial transactions, including but not limited to any financial accounts owned or controlled by Manuel Torruella, whether directly or through entities such as Miura Investment Advisors, Inc., Multiplicas Investments Ltd., or MWM Investments Ltd.

4.     The Court shall retain jurisdiction over this matter for the purpose of enforcing this order and assessing any supplemental requests for discovery assistance that may be requested by Applicant.

5.      The Federal Rules of Civil Procedure shall govern any subpoenas issued pursuant to this order.

**Done and Ordered,** in Chambers, in Miami-Dade County, Florida, this _____ day of July, 2019.

_____
United States District Judge

Copies furnished to:
All Counsel of Record