**United States District Court
for the Southern District of Florida**

Case No. 1:19-mc-23253-XXXX



In Re:

Application of Maigualida Naranjo Barrios for
Foreign Discovery Assistance Pursuant to 28
U.S.C. § 1782,

    Applicant, Maigualida Naranjo Barrios.
_____/

### Applicant's Motion to Unseal Case and Supporting Memorandum

#### I.    Motion

Applicant Maigualida Naranjo Barrios (the "Applicant") requests that the Court enter an order unsealing this case in light of the Applicant's service of all papers in this action upon Respondents Banesco USA, SunTrust Bank, Sun Trust Banks, Inc., Miura Investment Advisors, Inc. f/k/a Multiplicas Investment Advisors, Inc., Multiplicas Investments Ltd., MWM Investments Ltd., Italo D'Alfonso, Hugo Ortega, and Mario G. Ovalles (collectively, the "Respondents"),[1] with respect to which the Applicant seeks discovery assistance under 28 U.S.C. § 1782, for the reasons explained below.

#### II.    Memorandum

This case involves a request by the Applicant for discovery assistance regarding foreign legal proceedings under 28 U.S.C. § 1782. The Applicant seeks authority to issue subpoenas against the Respondents to obtain documents and deposition testimony from the Respondents in support of legal proceedings in the Bolivarian Republic of Venezuela. The Applicant initiated this case through their August 5, 2019 Ex *Parte* Application for Foreign Discovery Assistance Pursuant

---

[1] The undersigned has been informed that Mario V. D'Alfonso, the only respondent that the Applicant was unable to serve with process, resides in Venezuela and the timing of his return to the United States is unknown.

Case No. 1:19-mc-23253-XXXX

to 28 U.S.C. § 1782 (the "Application"), as is authorized by *Application of Consorcio Ecuatoriano de Telecomunicaciones, S.A. v. JAS Forwarding (USA), Inc.*, 747 F.3d 1262, 1267-1268 (11th Cir. 2014) (Approval of 28 U.S.C. § 1782 application issued on *ex parte* basis). As a consequence of the *ex parte* nature of the Application, the Clerk designated the entirety of this case as being sealed, requiring a conventional filing of all court submissions. Thereafter, the Applicant caused their Application and supporting memorandum to be served personally upon the Respondents, as reflected by the Applicant's September 18, 2019 Notice of Service of Application and Related Memorandum.

In light of the fact that the Respondents have been apprised by the Applicant of the Application, the Applicant respectfully suggests that there is no longer a need to maintain this matter sealed. The Applicant accordingly requests that the Court enter an order directing the Clerk to unseal this case. Unsealing this matter will prejudice no party and will instead facilitate a more efficient submission of court papers through the Court's CM / ECF system. A proposed order is attached hereto as Exhibit "A."

**Date: October 4, 2019**                                      Respectfully submitted,

                                                               By: /s/ ***Gustavo J. Lamelas***
                                                               Gustavo J. Lamelas (Florida Bar No. 995983)
                                                               gus@lamelaslaw.com
                                                               Daniel Buigas (Florida Bar No. 98293)
                                                               daniel@lamelaslaw.com
                                                               **Lamelas Law, PA**
                                                               2525 Ponce de Leon Blvd., Ste. 300
                                                               Coral Gables, Florida 33134
                                                               Telephone: (305) 395-4010
                                                               Email: gus@lamelaslaw.com
                                                               **Counsel for Applicant**

Case No. 1:19-mc-23253-XXXX

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing, which was filed conventionally, was served by U.S. mail, on **October 4, 2019**, on all persons identified on the Service List below.

/s/ *Daniel Buigas*

## Service List

**Banesco USA**
c/o Entity Registered Agent LLC
Juan E. Serralles
201 S. Biscayne Blvd., Ste. 2600
Miami, Florida 33131

**SunTrust Bank**
Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301

**SunTrust Banks, Inc.**
Corporation Service Company
1201 Hays StreetTallahassee,
Florida 32301

Norman Segall, Esq.
nss@lubellrosen.com
**Lubell Rosen**
One Columbus Center
1 Alhambra Plaza, Suite 1410
Coral Gables, FL 33134
Telephone (305) 655-3425
**Counsel for Miura Investment Advisors, Inc. f/k/a Multiplicas Investment Advisors, Inc., Multiplicas Investments Ltd., MWM Investments Ltd., Italo D'Alfonso, Mario D'Alfonso, Hugo Ortega, and Mario G. Ovalles**

3