# Exhibit "A"

**United States District Court**
**for the Southern District of Florida**

**Case No. 1:19-mc-23253-XXXX**

___ SEALED

___ NOT SEALED

In Re:

**Application of Maigualida Naranjo Barrios for**
**Foreign Discovery Assistance Pursuant to 28**
**U.S.C. § 1782,**

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
____ years; ____ (specific date);
____ permanently; ____ (other).

**Applicant, Maigualida Naranjo Barrios.**
_____ /

**Order Granting Applicant's Motion to Unseal Case**

**This Matter** came before the Court pursuant to a Motion to Unseal Case (the "Motion")

filed by Maigualida Naranjo Barrios ("Applicant"). Upon review of the Motion and the court

file, and being apprised of all pertinent matters, it is hereby **Ordered and Adjudged** that:

1.      The Applicants' Motion is granted.

2.      The Clerk of the Court is hereby directed to designate this case as being unsealed.

**Done and Ordered,** in Chambers, in Miami-Dade County, Florida, this ____ day of

October, 2019.

_____
United States District Court Judge

Copies furnished to:

All Counsel of Record