United States District Court
for the Southern District of Florida

Case No. 1:19-mc-23253-XXXX

In Re:

Application of Maigualida Naranjo Barrios for Foreign Discovery Assistance Pursuant to 28 U.S.C. § 1782,

    Applicant, Maigualida Naranjo Barrios.

_____/

FILED BY SAS D.C.
OCT 04 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### Notice of Appearance for Applicant

Gustavo J. Lamelas of Lamelas Law, PA provides notice of his appearance in this action as counsel for Applicant Maigualida Naranjo Barrios. Mr. Lamelas requests that he be included on all service lists in this action, including by means of the Court's CM/ECF system. The cooperation of all concerned is appreciated.

**Date: October 4, 2019**

Respectfully submitted,

By: /s/ *Gustavo J. Lamelas*

Gustavo Lamelas, Esq. (FL Bar No. 995983)
Email: gus@lamelaslaw.com
Daniel Buigas (FL Bar No. 98293)
Email: daniel@lamelaslaw.com
**Lamelas Law, PA**
2525 Ponce de Leon Blvd., Ste. 300
Coral Gables, Florida 33134
Telephone: (305) 395-4010
**Counsel for Maigualida Naranjo Barrios**

Case No. 1:15-cv-24750-MGC

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing, which was filed conventionally, was served by U.S. mail, on **October 4, 2019**, on all persons identified on the Service List below.

/s/ *Daniel Buigas*

## Service List

**Banesco USA**
c/o Entity Registered Agent LLC
Juan E. Serralles
201 S. Biscayne Blvd., Ste. 2600
Miami, Florida 33131

**SunTrust Bank**
Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301

**SunTrust Banks, Inc.**
Corporation Service Company
1201 Hays StreetTallahassee,
Florida 32301

Norman Segall, Esq.
nss@lubellrosen.com
**Lubell Rosen**
One Columbus Center
1 Alhambra Plaza, Suite 1410
Coral Gables, FL 33134
Telephone (305) 655-3425
**Counsel for Miura Investment Advisors, Inc. f/k/a Multiplicas Investment Advisors, Inc., Multiplicas Investments Ltd., MWM Investments Ltd., Italo D'Alfonso, Mario D'Alfonso, Hugo Ortega, and Mario G. Ovalles**