**United States District Court
for the Southern District of Florida
Miami Division**

Case No.: 1:19-mc-23253-KMW

In Re:

Application of Maigualida Naranjo Barrios for Foreign Discovery Assistance Pursuant to 28 U.S.C. § 1782,

    Applicant, Maigualida Naranjo Barrios.

_____/



## Applicants' Notice of Service of Application and Related Memorandum

Applicant Maigualida Naranajo Barrios (the "Applicant") hereby provides notice that she has caused to be served copies of Applicants' *Ex Parte* Application for Discovery Assistance With Respect to Foreign Legal Proceedings by Maigulaida Naranjo Barrios, and Applicants' Memorandum in Support of *Ex Parte* Application for Discovery Assistance With Respect to Foreign Legal Proceedings on 9 of the 10 respondents—i.e., Banesco USA, SunTrust Bank, Sun Trust Banks, Inc., Miura Investment Advisors, Inc. f/k/a Multiplicas Investment Advisors, Inc., Multiplicas Investments Ltd., MWM Investments Ltd., Italo D'Alfonso, Hugo Ortega, and Mario G. Ovalles (collectively, the "Respondents"). Attached hereto as Composite Exhibit "A" are affidavits provided by the Applicant's process server confirming service on the Respondents. The undersigned has been informed that Mario V. D'Alfonso, the only respondent that the Applicant was unable to serve with process, resides in Venezuela and his return to the United States is unknown. Attached hereto as Composite Exhibit "B" is the affidavit of non-service pertaining to Mario V. D'Alfonso.

Case No. 1:19-mc-23253-KMW

Date: October 4, 2019

Respectfully submitted,

By: /s/ *Gustavo J. Lamelas*
Gustavo J. Lamelas (Florida Bar No. 995983)
gus@lamelaslaw.com
Daniel Buigas (Florida Bar No. 98293)
daniel@lamelaslaw.com
**Lamelas Law, PA**
2525 Ponce de Leon Blvd., Ste. 300
Coral Gables, Florida 33134
Telephone: (305) 395-4010
Email: gus@lamelaslaw.com
**Counsel for Applicant**

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing, which was filed conventionally, was served by U.S. mail, on **October 4, 2019**, on all persons identified on the Service List below.

/s/   *Daniel Buigas*

## Service List

**Banesco USA**
c/o Entity Registered Agent LLC
Juan E. Serralles
201 S. Biscayne Blvd., Ste. 2600
Miami, Florida 33131

**SunTrust Bank**
Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301

**SunTrust Banks, Inc.**
Corporation Service Company
1201 Hays StreetTallahassee,
Florida 32301

Norman Segall, Esq.
nss@lubellrosen.com
**Lubell Rosen**
One Columbus Center
1 Alhambra Plaza, Suite 1410
Coral Gables, FL 33134
Telephone (305) 655-3425
**Counsel for Miura Investment Advisors, Inc. f/k/a Multiplicas Investment Advisors, Inc., Multiplicas Investments Ltd., MWM Investments Ltd., Italo D'Alfonso, Mario D'Alfonso, Hugo Ortega, and Mario G. Ovalles**