# Composite Exhibit "A"

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:19-MC-23253-XXXX

IN RE::
APPLICATION OF MAIGUALIDA NARANJO BARRIOS FOR FOREIGN
DISCOVERY ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

For:
Gustavo Lamelas
LAMELAS LAW, P.A.
2525 Ponce De Leon Blvd.
Suite 300
Coral Gables, FL 33134

Received by Executive Express Courier Services, LLC on the 14th day of August, 2019 at 3:00 pm to be served on **HUGO ORTEGA, 1110 BRICKELL AVENUE, SUITE # 515, MIAMI, FL 33131**.

I, Nelson Navarrete, being duly sworn, depose and say that on the **16th day of August, 2019 at 12:10 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Ex-Parte Application AND Memorandum In Support of the Ex-Parte Application** with the date and hour of service endorsed thereon by me, to: **HUGO ORTEGA** at the alternate address of: **1395 BRICKELL AVENUE, SUITE # 1560, MIAMI, FL 33131**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
ATTEMPTED SERVICE AT GIVEN ADDRESS - COMPANY IS NO LONGER AT THAT LOCATION THEY MOVED TO 1395 BRICKELL AVENUE # 1560

I certify that I am over the age of 18, have no interest in the above action, and I am a Process Server, in good standing, in the Judicial Circuit in which the process was served. Under penalty of perjury I declared I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to Florida Statutes 92.525.

Subscribed and Sworn to before me on the 16th day of August, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

MARA GARCIA
MY COMMISSION #GG106770
EXPIRES: JUN 07, 2021
Bonded through 1st State Insurance

Nelson Navarrete
C.P.S. # 1906

**Executive Express Courier Services, LLC**
4460 N.W. 73 Avenue
Miami, FL 33166
(305) 371-0292

Our Job Serial Number: JRT-2019041920
Ref: BARRIOS

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c



United States District Court
for the Southern District of Florida

Case No. 1:19-mc-23253-XXXX

In Re:

Application of Maigualida Naranjo Barrios for Foreign Discovery Assistance Pursuant to 28 U.S.C. § 1782,

    Applicant, Maigualida Naranjo Barrios.

_____/

### *Ex Parte* Application for Discovery Assistance With Respect to Foreign Legal Proceeding by Maigualida Naranjo Barrios

Applicant Maigualida Naranjo Barrios ("Applicant") requests that the Court render discovery assistance with respect to a foreign legal proceeding, pursuant to 28 U.S.C. § 1782, for the reasons stated below. This application is supported by Applicant's separately filed Applicant's Memorandum in Support of Application for Discovery Assistance. This application is made on an *ex parte* basis to permit the issuance of subpoenas to Banesco USA ("Banesco"), SunTrust Bank, SunTrust Banks, Inc.,[1] Miura Investment Advisors, Inc. f/k/a Multiplicas Investment Advisors, Inc. ("Miura"), MWM Investments Ltd., Multiplicas Investments Ltd., Italo D'Alfonso, Mario V. D'Alfonso, Hugo Ortega, and Marlo G. Ovalles (collectively, the "Respondents") pursuant to Federal Rule of Civil Procedure 45, in connection with which the interests or rights of each Respondent may be protected. *See, e.g., Application of Consorcio Ecuatoriano de Telecomunicaciones, S.A. v. JAS Forwarding (USA), Inc.,* 747 F.3d 1262, 1267-1268 (11th Cir. 2014) (Approval of 28 U.S.C. § 1782 application issued on *ex parte* basis).

1. Applicant is a Venezuelan national involved in an ongoing legal proceeding in the Bolivarian Republic of Venezuela ("Venezuela") against a Venezuelan national named Manuel

---

[1] SunTrust Bank and SunTrust Banks, Inc. are collectively referred to as "SunTrust Bank."



## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:19-MC-23253-XXXX

IN RE::
**APPLICATION OF MAIGUALIDA NARANJO BARRIOS FOR FOREIGN DISCOVERY ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

For:
Gustavo Lamelas
LAMELAS LAW, P.A.
2525 Ponce De Leon Blvd.
Suite 300
Coral Gables, FL 33134

Received by Executive Express Courier Services, LLC on the 14th day of August, 2019 at 3:00 pm to be served on **MIURA INVESTMENT ADVISORS, INC., SOMERSET CORPORATE SERVICES, INC.,, 1 ALHAMBRA PLAZA, SUITE # 140, CORAL GABLES, FL 33134.**

I, Nelson Navarrete, being duly sworn, depose and say that on the **15th day of August, 2019 at 3:15 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Ex-Parte Application AND Memorandum In Support of the Ex-Parte Application** with the date and hour of service endorsed thereon by me to: **MARIA RODRIGUEZ** as **PARALEGAL FOR REGISTERED AGENT** for **MIURA INVESTMENT ADVISORS, INC.,**, at the address of: **1 ALHAMBRA PLAZA, SUITE # 1410, CORAL GABLES, FL 33134**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am a Process Server, in good standing, in the Judicial Circuit in which the process was served. Under penalty of perjury I declared I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to Florida Statutes 92.525.

Subscribed and Sworn to before me on the 15th day of August, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC
MARA GARCIA
MY COMMISSION #GG106770
EXPIRES: JUN 07, 2021
Bonded through 1st State Insurance

Nelson Navarrete
C.P.S. # 1906

**Executive Express Courier Services, LLC**
4460 N.W. 73 Avenue
Miami, FL 33166
(305) 371-0292

Our Job Serial Number: JRT-2019041915
Ref: BARRIOS

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

ORIGINAL

United States District Court
for the Southern District of Florida

Case No. 1:19-mc-23253-XXXX

In Re:

Application of Maigualida Naranjo Barrios for Foreign Discovery Assistance Pursuant to 28 U.S.C. § 1782,

    Applicant, Maigualida Naranjo Barrios.

_____/

## *Ex Parte* Application for Discovery Assistance With Respect to Foreign Legal Proceeding by Maigualida Naranjo Barrios

Applicant Maigualida Naranjo Barrios ("Applicant") requests that the Court render discovery assistance with respect to a foreign legal proceeding, pursuant to 28 U.S.C. § 1782, for the reasons stated below. This application is supported by Applicant's separately filed Applicant's Memorandum in Support of Application for Discovery Assistance. This application is made on an *ex parte* basis to permit the issuance of subpoenas to Banesco USA ("Banesco"), SunTrust Bank, SunTrust Banks, Inc.,[1] Miura Investment Advisors, Inc. f/k/a Multiplicas Investment Advisors, Inc. ("Miura"), MWM Investments Ltd., Multiplicas Investments Ltd., Italo D'Alfonso, Mario V. D'Alfonso, Hugo Ortega, and Marlo G. Ovalles (collectively, the "Respondents") pursuant to Federal Rule of Civil Procedure 45, in connection with which the interests or rights of each Respondent may be protected. *See, e.g., Application of Consorcio Ecuatoriano de Telecomunicaciones, S.A. v. JAS Forwarding (USA), Inc.*, 747 F.3d 1262, 1267-1268 (11th Cir. 2014) (Approval of 28 U.S.C. § 1782 application issued on *ex parte* basis).

    1.    Applicant is a Venezuelan national involved in an ongoing legal proceeding in the Bolivarian Republic of Venezuela ("Venezuela") against a Venezuelan national named Manuel

---

[1] SunTrust Bank and SunTrust Banks, Inc. are collectively referred to as "SunTrust Bank."

41915

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:19-MC-23253-XXXX

IN RE::
**APPLICATION OF MAIGUALIDA NARANJO BARRIOS FOR FOREIGN DISCOVERY ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

For:
Gustavo Lamelas
LAMELAS LAW, P.A.
2525 Ponce De Leon Blvd.
Suite 300
Coral Gables, FL 33134

Received by Executive Express Courier Services, LLC on the 14th day of August, 2019 at 3:00 pm to be served on **MARIO OVALLES, 1110 BRICKELL AVENUE, SUITE # 515, MIAMI, FL 33131**.

I, Nelson Navarrete, being duly sworn, depose and say that on the **16th day of August, 2019** at **3:55 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Ex-Parte Application AND Memorandum In Support of the Ex-Parte Application** with the date and hour of service endorsed thereon by me, to: **MARIO OVALLES** at the alternate address of: **1395 BRICKELL AVENUE, SUITE # 1560, MIAMI, FL 33131**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
ATTEMPTED SERVICE AT 1110 BRICKELL AVE, SUITE 515, MIAMI, FL 33131, THEY MOVED TO 1395 BRICKELL AVE, SUITE 1560, MIAMI, FL 33131.

I certify that I am over the age of 18, have no interest in the above action, and I am a Process Server, in good standing, in the Judicial Circuit in which the process was served. Under penalty of perjury I declared I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to Florida Statutes 92.525.

Subscribed and Sworn to before me on the 16th day of August, 2019 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MARA GARCIA
MY COMMISSION #GG106770
EXPIRES: JUN 07, 2021
Bonded through 1st State Insurance

_____
Nelson Navarrete
C.P.S. # 1906

**Executive Express Courier Services, LLC**
4460 N.W. 73 Avenue
Miami, FL 33166
(305) 371-0292

Our Job Serial Number: JRT-2019041921
Ref: BARRIOS

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

ORIGINAL

United States District Court
for the Southern District of Florida

Case No. 1:19-mc-23253-XXXX

In Re:

Application of Maigualida Naranjo Barrios for Foreign Discovery Assistance Pursuant to 28 U.S.C. § 1782,

    Applicant, Maigualida Naranjo Barrios.

_____/

### *Ex Parte* Application for Discovery Assistance With Respect to Foreign Legal Proceeding by Maigualida Naranjo Barrios

Applicant Maigualida Naranjo Barrios ("Applicant") requests that the Court render discovery assistance with respect to a foreign legal proceeding, pursuant to 28 U.S.C. § 1782, for the reasons stated below. This application is supported by Applicant's separately filed Applicant's Memorandum in Support of Application for Discovery Assistance. This application is made on an *ex parte* basis to permit the issuance of subpoenas to Banesco USA ("Banesco"), SunTrust Bank, SunTrust Banks, Inc.,[1] Miura Investment Advisors, Inc. f/k/a Multiplicas Investment Advisors, Inc. ("Miura"), MWM Investments Ltd., Multiplicas Investments Ltd., Italo D'Alfonso, Mario V. D'Alfonso, Hugo Ortega, and Marlo G. Ovalles (collectively, the "Respondents") pursuant to Federal Rule of Civil Procedure 45, in connection with which the interests or rights of each Respondent may be protected. *See, e.g., Application of Consorcio Ecuatoriano de Telecomunicaciones, S.A. v. JAS Forwarding (USA), Inc.*, 747 F.3d 1262, 1267-1268 (11th Cir. 2014) (Approval of 28 U.S.C. § 1782 application issued on *ex parte* basis).

    1. Applicant is a Venezuelan national involved in an ongoing legal proceeding in the Bolivarian Republic of Venezuela ("Venezuela") against a Venezuelan national named Manuel

---

[1] SunTrust Bank and SunTrust Banks, Inc. are collectively referred to as "SunTrust Bank."

41921

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:19-MC-23253-XXXX

IN RE::
**APPLICATION OF MAIGUALIDA NARANJO BARRIOS FOR FOREIGN DISCOVERY ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

For:
Gustavo Lamelas
LAMELAS LAW, P.A.
2525 Ponce De Leon Blvd.
Suite 300
Coral Gables, FL 33134

Received by Executive Express Courier Services, LLC on the 14th day of August, 2019 at 3:00 pm to be served on **BANESCO USA., C/O ENTITY REGISTERED AGENT LLC JUAN E. SERRALES, 201 S. BISCAYNE BLVD., SUITE # 2600, MIAMI, FL 33131.**

I, Nelson Navarrete, being duly sworn, depose and say that on the **16th day of August, 2019** at **10:25 am,** I:

served a **CORPORATION** by delivering a true copy of the **Ex-Parte Application AND Memorandum In Support of the Ex-Parte Application** with the date and hour of service endorsed thereon by me, to: **JUAN E. SERRALES** as **REGISTERED AGENT** for **BANESCO USA.,** at the address of: **201 S. BISCAYNE BLVD., SUITE # 2600, MIAMI, FL 33131**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am a Process Server, in good standing, in the Judicial Circuit in which the process was served. Under penalty of perjury I declared I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to Florida Statutes 92.525.

Subscribed and Sworn to before me on the 16th day of August, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

MARA GARCIA
MY COMMISSION #GG106770
EXPIRES: JUN 07, 2021
Bonded through 1st State Insurance

Nelson Navarrete
C.P.S. #1906

Executive Express Courier Services, LLC
4460 N.W. 73 Avenue
Miami, FL 33166
(305) 371-0292

Our Job Serial Number: JRT-2019041912
Ref: BARRIOS

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1


ORIGINAL

Case 1:19-mc-23253-XXXX   Document 1   Entered on FLSD Docket 08/05/2019   Page 1 of 4

**United States District Court
for the Southern District of Florida**

Case No. 1:19-mc-23253-XXXX

**In Re:**

**Application of Maigualida Naranjo Barrios for Foreign Discovery Assistance Pursuant to 28 U.S.C. § 1782,**

    **Applicant, Maigualida Naranjo Barrios.**

_____/

## *Ex Parte* Application for Discovery Assistance With Respect to Foreign Legal Proceeding by Maigualida Naranjo Barrios

Applicant Maigualida Naranjo Barrios ("Applicant") requests that the Court render discovery assistance with respect to a foreign legal proceeding, pursuant to 28 U.S.C. § 1782, for the reasons stated below. This application is supported by Applicant's separately filed Applicant's Memorandum in Support of Application for Discovery Assistance. This application is made on an *ex parte* basis to permit the issuance of subpoenas to Banesco USA ("Banesco"), SunTrust Bank, SunTrust Banks, Inc.,[1] Miura Investment Advisors, Inc. f/k/a Multiplicas Investment Advisors, Inc. ("Miura"), MWM Investments Ltd., Multiplicas Investments Ltd., Italo D'Alfonso, Mario V. D'Alfonso, Hugo Ortega, and Marlo G. Ovalles (collectively, the "Respondents") pursuant to Federal Rule of Civil Procedure 45, in connection with which the interests or rights of each Respondent may be protected. *See, e.g., Application of Consorcio Ecuatoriano de Telecomunicaciones, S.A. v. JAS Forwarding (USA), Inc.*, 747 F.3d 1262, 1267-1268 (11th Cir. 2014) (Approval of 28 U.S.C. § 1782 application issued on *ex parte* basis).

1.    Applicant is a Venezuelan national involved in an ongoing legal proceeding in the Bolivarian Republic of Venezuela ("Venezuela") against a Venezuelan national named Manuel

---

[1] SunTrust Bank and SunTrust Banks, Inc. are collectively referred to as "SunTrust Bank."

41912

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:19-MC-23253-XXXX

IN RE::
APPLICATION OF MAIGUALIDA NARANJO BARRIOS FOR FOREIGN DISCOVERY ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

For:
Gustavo Lamelas
LAMELAS LAW, P.A.
2525 Ponce De Leon Blvd.
Suite 300
Coral Gables, FL 33134

Received by Executive Express Courier Services, LLC on the 14th day of August, 2019 at 3:00 pm to be served on **MULTIPLICAS INVESTMENTS LTD., SOMERSET CORPORATE SERVICES, INC.,, 1 ALHAMBRA PLAZA, SUITE # 140, CORAL GABLES, FL 33134**.

I, Nelson Navarrete, being duly sworn, depose and say that on the **15th day of August, 2019** at **3:15 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Ex-Parte Application AND Memorandum In Support of the Ex-Parte Application** with the date and hour of service endorsed thereon by me, to: **MARIA RODRIGUEZ** as **PARALEGAL FOR REGISTERED AGENT** for **MULTIPLICAS INVESTMENTS LTD.,**, at the address of: **1 ALHAMBRA PLAZA, SUITE # 1410, CORAL GABLES, FL 33134**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am a Process Server, in good standing, in the Judicial Circuit in which the process was served. Under penalty of perjury I declared I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to Florida Statutes 92.525.

Subscribed and Sworn to before me on the 15th day of August, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

MARA GARCIA
MY COMMISSION #GG106770
EXPIRES: JUN 07, 2021
Bonded through 1st State Insurance

Nelson Navarrete
C.P.S. # 1906

**Executive Express Courier Services, LLC**
4460 N.W. 73 Avenue
Miami, FL 33166
(305) 371-0292

Our Job Serial Number: JRT-2019041917
Ref: BARRIOS

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c



**United States District Court**
**for the Southern District of Florida**

Case No. 1:19-mc-23253-XXXX

**In Re:**

**Application of Maigualida Naranjo Barrios for Foreign Discovery Assistance Pursuant to 28 U.S.C. § 1782,**

    **Applicant, Maigualida Naranjo Barrios.**

_____/

### *Ex Parte* Application for Discovery Assistance With Respect to Foreign Legal Proceeding by Maigualida Naranjo Barrios

Applicant Maigualida Naranjo Barrios ("Applicant") requests that the Court render discovery assistance with respect to a foreign legal proceeding, pursuant to 28 U.S.C. § 1782, for the reasons stated below. This application is supported by Applicant's separately filed Applicant's Memorandum in Support of Application for Discovery Assistance. This application is made on an *ex parte* basis to permit the issuance of subpoenas to Banesco USA ("Banesco"), SunTrust Bank, SunTrust Banks, Inc.,[1] Miura Investment Advisors, Inc. f/k/a Multiplicas Investment Advisors, Inc. ("Miura"), MWM Investments Ltd., Multiplicas Investments Ltd., Italo D'Alfonso, Mario V. D'Alfonso, Hugo Ortega, and Marlo G. Ovalles (collectively, the "Respondents") pursuant to Federal Rule of Civil Procedure 45, in connection with which the interests or rights of each Respondent may be protected. *See, e.g., Application of Consorcio Ecuatoriano de Telecomunicaciones, S.A. v. JAS Forwarding (USA), Inc.*, 747 F.3d 1262, 1267-1268 (11th Cir. 2014) (Approval of 28 U.S.C. § 1782 application issued on *ex parte* basis).

    1.    Applicant is a Venezuelan national involved in an ongoing legal proceeding in the Bolivarian Republic of Venezuela ("Venezuela") against a Venezuelan national named Manuel

---

[1] SunTrust Bank and SunTrust Banks, Inc. are collectively referred to as "SunTrust Bank."

41917

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:19-MC-23253-XXXX

IN RE::
**APPLICATION OF MAIGUALIDA NARANJO BARRIOS FOR FOREIGN DISCOVERY ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

For:
Gustavo Lamelas
LAMELAS LAW, P.A.
2525 Ponce De Leon Blvd.
Suite 300
Coral Gables, FL 33134

Received by Executive Express Courier Services, LLC. on the 14th day of August, 2019 at 4:13 pm to be served on **SUNTRUST BANK, CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301.**

I, Christopher Compton, do hereby affirm that on the **15th day of August, 2019** at **12:45 pm, I:**

SERVED the within named corporation by delivering a true copy of the Ex-Parte Application AND Memorandum In Support of the Ex-Parte Application with the date and hour of service endorsed thereon by me to: KANEISHA GROSS as employee of the Registered Agent (Company) for SUNTRUST BANK, at 1201 HAYS STREET, TALLAHASSEE, FL 32301 and informed said person of the contents therein, pursuant to F.S. 48.081

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

**Christopher Compton**
Certified Process Server # 101

**Executive Express Courier Services, LLC.**
**4460 N.W. 73 Ave**
**Miami, FL 33166**
**(305) 371-0292**

Our Job Serial Number: JRT-2019041913
Ref: BARRIOS



Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

**United States District Court
for the Southern District of Florida**

Case No. 1:19-mc-23253-XXXX

In Re:

Application of Maigualida Naranjo
Barrios for Foreign Discovery Assistance
Pursuant to 28 U.S.C. § 1782,

        Applicant, Maigualida Naranjo
Barrios.

_____/

## *Ex Parte* Application for Discovery Assistance With Respect to Foreign Legal Proceeding by Maigualida Naranjo Barrios

Applicant Maigualida Naranjo Barrios ("Applicant") requests that the Court render discovery assistance with respect to a foreign legal proceeding, pursuant to 28 U.S.C. § 1782, for the reasons stated below. This application is supported by Applicant's separately filed Applicant's Memorandum in Support of Application for Discovery Assistance. This application is made on an *ex parte* basis to permit the issuance of subpoenas to Banesco USA ("Banesco"), SunTrust Bank, SunTrust Banks, Inc.,[1] Miura Investment Advisors, Inc. f/k/a Multiplicas Investment Advisors, Inc. ("Miura"), MWM Investments Ltd., Multiplicas Investments Ltd., Italo D'Alfonso, Mario V. D'Alfonso, Hugo Ortega, and Marlo G. Ovalles (collectively, the "Respondents") pursuant to Federal Rule of Civil Procedure 45, in connection with which the interests or rights of each Respondent may be protected. *See, e.g., Application of Consorcio Ecuatoriano de Telecomunicaciones, S.A. v. JAS Forwarding (USA), Inc.*, 747 F.3d 1262, 1267-1268 (11th Cir. 2014) (Approval of 28 U.S.C. § 1782 application issued on *ex parte* basis).

    1.    Applicant is a Venezuelan national involved in an ongoing legal proceeding in the Bolivarian Republic of Venezuela ("Venezuela") against a Venezuelan national named Manuel

---

[1] SunTrust Bank and SunTrust Banks, Inc. are collectively referred to as "SunTrust Bank."

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:19-MC-23253-XXXX

IN RE::
**APPLICATION OF MAIGUALIDA NARANJO BARRIOS FOR FOREIGN DISCOVERY ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

For:
Gustavo Lamelas
LAMELAS LAW, P.A.
2525 Ponce De Leon Blvd.
Suite 300
Coral Gables, FL 33134

Received by Executive Express Courier Services, LLC. on the 14th day of August, 2019 at 4:13 pm to be served on **SUNTRUST BANK, INC., CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301.**

I, Christopher Compton, do hereby affirm that on the **15th day of August, 2019 at 12:45 pm, I:**

SERVED the within named corporation by delivering a true copy of the Ex-Parte Application AND Memorandum In Support of the Ex-Parte Application with the date and hour of service endorsed thereon by me to: KANEISHA GROSS as employee of the Registered Agent (Company) for SUNTRUST BANK, INC., at 1201 HAYS STREET, TALLAHASSEE, FL 32301 and informed said person of the contents therein, pursuant to F.S. 48.081

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the Second Judicial Circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

**Christopher Compton**
Certified Process Server # 101

**Executive Express Courier Services, LLC.**
4460 N.W. 73 Ave
Miami, FL 33166
(305) 371-0292

Our Job Serial Number: JRT-2019041914
Ref: BARRIOS



Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

United States District Court
for the Southern District of Florida

Case No. 1:19-mc-23253-XXXX

**In Re:**

**Application of Maigualida Naranjo Barrios for Foreign Discovery Assistance Pursuant to 28 U.S.C. § 1782,**

  **Applicant, Maigualida Naranjo Barrios.**

_____/

### *Ex Parte* Application for Discovery Assistance With Respect to Foreign Legal Proceeding by Maigualida Naranjo Barrios

Applicant Maigualida Naranjo Barrios ("Applicant") requests that the Court render discovery assistance with respect to a foreign legal proceeding, pursuant to 28 U.S.C. § 1782, for the reasons stated below. This application is supported by Applicant's separately filed Applicant's Memorandum in Support of Application for Discovery Assistance. This application is made on an *ex parte* basis to permit the issuance of subpoenas to Banesco USA ("Banesco"), SunTrust Bank, SunTrust Banks, Inc.,[1] Miura Investment Advisors, Inc. f/k/a Multiplicas Investment Advisors, Inc. ("Miura"), MWM Investments Ltd., Multiplicas Investments Ltd., Italo D'Alfonso, Mario V. D'Alfonso, Hugo Ortega, and Marlo G. Ovalles (collectively, the "Respondents") pursuant to Federal Rule of Civil Procedure 45, in connection with which the interests or rights of each Respondent may be protected. *See, e.g., Application of Consorcio Ecuatoriano de Telecomunicaciones, S.A. v. JAS Forwarding (USA), Inc.*, 747 F.3d 1262, 1267-1268 (11th Cir. 2014) (Approval of 28 U.S.C. § 1782 application issued on *ex parte* basis).

  1.  Applicant is a Venezuelan national involved in an ongoing legal proceeding in the Bolivarian Republic of Venezuela ("Venezuela") against a Venezuelan national named Manuel

---

[1] SunTrust Bank and SunTrust Banks, Inc. are collectively referred to as "SunTrust Bank."

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:19-MC-23253-XXXX

IN RE::
APPLICATION OF MAIGUALIDA NARANJO BARRIOS FOR FOREIGN DISCOVERY ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

For:
Gustavo Lamelas
LAMELAS LAW, P.A.
2525 Ponce De Leon Blvd.
Suite 300
Coral Gables, FL 33134

Received by Executive Express Courier Services, LLC on the 14th day of August, 2019 at 3:00 pm to be served on **MWM INVESTMENTS LTD., SOMERSET CORPORATE SERVICES, INC.,, 1 ALHAMBRA PLAZA, SUITE # 140, CORAL GABLES, FL 33134**.

I, Nelson Navarrete, being duly sworn, depose and say that on the **15th day of August, 2019 at 3:15 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Ex-Parte Application AND Memorandum In Support of the Ex-Parte Application** with the date and hour of service endorsed thereon by me, to: **MARIA RODRIGUEZ** as **PARALEGAL FOR REGISTERED AGENT** for **MWM INVESTMENTS LTD.,**, at the address of: **1 ALHAMBRA PLAZA, SUITE # 1410, CORAL GABLES, FL 33134**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am a Process Server, in good standing, in the Judicial Circuit in which the process was served. Under penalty of perjury I declared I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to Florida Statutes 92.525.

Subscribed and Sworn to before me on the 15th day of August, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

MARA GARCIA
MY COMMISSION #GG106770
EXPIRES: JUN 07, 2021
Bonded through 1st State Insurance

Nelson Navarrete
C.P.S. # 1906

**Executive Express Courier Services, LLC**
4460 N.W. 73 Avenue
Miami, FL 33166
(305) 371-0292

Our Job Serial Number: JRT-2019041916
Ref: BARRIOS

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1


ORIGINAL

United States District Court
for the Southern District of Florida

Case No. 1:19-mc-23253-XXXX

In Re:

Application of Maigualida Naranjo
Barrios for Foreign Discovery Assistance
Pursuant to 28 U.S.C. § 1782,

    Applicant, Maigualida Naranjo
Barrios.
_____/

## *Ex Parte* Application for Discovery Assistance With Respect to Foreign Legal Proceeding by Maigualida Naranjo Barrios

Applicant Maigualida Naranjo Barrios ("Applicant") requests that the Court render discovery assistance with respect to a foreign legal proceeding, pursuant to 28 U.S.C. § 1782, for the reasons stated below. This application is supported by Applicant's separately filed Applicant's Memorandum in Support of Application for Discovery Assistance. This application is made on an *ex parte* basis to permit the issuance of subpoenas to Banesco USA ("Banesco"), SunTrust Bank, SunTrust Banks, Inc.,[1] Miura Investment Advisors, Inc. f/k/a Multiplicas Investment Advisors, Inc. ("Miura"), MWM Investments Ltd., Multiplicas Investments Ltd., Italo D'Alfonso, Mario V. D'Alfonso, Hugo Ortega, and Marlo G. Ovalles (collectively, the "Respondents") pursuant to Federal Rule of Civil Procedure 45, in connection with which the interests or rights of each Respondent may be protected. *See, e.g., Application of Consorcio Ecuatoriano de Telecomunicaciones, S.A. v. JAS Forwarding (USA), Inc.*, 747 F.3d 1262, 1267-1268 (11th Cir. 2014) (Approval of 28 U.S.C. § 1782 application issued on *ex parte* basis).

    1.    Applicant is a Venezuelan national involved in an ongoing legal proceeding in the Bolivarian Republic of Venezuela ("Venezuela") against a Venezuelan national named Manuel

---

[1] SunTrust Bank and SunTrust Banks, Inc. are collectively referred to as "SunTrust Bank."

41916

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:19-MC-23253-XXXX

IN RE::
APPLICATION OF MAIGUALIDA NARANJO BARRIOS FOR FOREIGN
DISCOVERY ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

For:
Gustavo Lamelas
LAMELAS LAW, P.A.
2525 Ponce De Leon Blvd.
Suite 300
Coral Gables, FL 33134

Received by Executive Express Courier Services, LLC on the 14th day of August, 2019 at 3:00 pm to be served on **ITALO D'ALFONSO, 1110 BRICKELL AVENUE, SUITE # 515, MIAMI, FL 33131**.

I, Nelson Navarrete, being duly sworn, depose and say that on the **4th day of September, 2019 at 11:10 am, I**:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Ex-Parte Application AND Memorandum In Support of the Ex-Parte Application** with the date and hour of service endorsed thereon by me, to: **ITALO D'ALFONSO** at the alternate address of: **1395 BRICKELL AVENUE, SUITE # 1560, MIAMI, FL 33131**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
ATTEMPTED SERVICE AT GIVEN ADDRESS - SERVER ADVISE THEY ARE NO LONGER AT THAT LOCATION. PLS MAKE NOTE OF NEW ADDRESS WHERE DOCS WERE SERVED.

I certify that I am over the age of 18, have no interest in the above action, and I am a Process Server, in good standing, in the Judicial Circuit in which the process was served. Under penalty of perjury I declared I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to Florida Statutes 92.525.

Subscribed and Sworn to before me on the 4th day of September, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

MARA GARCIA
MY COMMISSION #GG106770
EXPIRES: JUN 07, 2021
Bonded through 1st State Insurance

Nelson Navarrete
C.P.S. # 1906

**Executive Express Courier Services, LLC**
4460 N.W. 73 Avenue
Miami, FL 33166
(305) 371-0292

Our Job Serial Number: JRT-2019041918
Ref: BARRIOS

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c



United States District Court
for the Southern District of Florida

Case No. 1:19-mc-23253-XXXX

**In Re:**

**Application of Maigualida Naranjo Barrios for Foreign Discovery Assistance Pursuant to 28 U.S.C. § 1782,**

    **Applicant, Maigualida Naranjo Barrios.**

_____/

## *Ex Parte* Application for Discovery Assistance With Respect to Foreign Legal Proceeding by Maigualida Naranjo Barrios

Applicant Maigualida Naranjo Barrios ("Applicant") requests that the Court render discovery assistance with respect to a foreign legal proceeding, pursuant to 28 U.S.C. § 1782, for the reasons stated below. This application is supported by Applicant's separately filed Applicant's Memorandum in Support of Application for Discovery Assistance. This application is made on an *ex parte* basis to permit the issuance of subpoenas to Banesco USA ("Banesco"), SunTrust Bank, SunTrust Banks, Inc.,[1] Miura Investment Advisors, Inc. f/k/a Multiplicas Investment Advisors, Inc. ("Miura"), MWM Investments Ltd., Multiplicas Investments Ltd., Italo D'Alfonso, Mario V. D'Alfonso, Hugo Ortega, and Marlo G. Ovalles (collectively, the "Respondents") pursuant to Federal Rule of Civil Procedure 45, in connection with which the interests or rights of each Respondent may be protected. *See, e.g., Application of Consorcio Ecuatoriano de Telecomunicaciones, S.A. v. JAS Forwarding (USA), Inc.*, 747 F.3d 1262, 1267-1268 (11th Cir. 2014) (Approval of 28 U.S.C. § 1782 application issued on *ex parte* basis).

    1.    Applicant is a Venezuelan national involved in an ongoing legal proceeding in the Bolivarian Republic of Venezuela ("Venezuela") against a Venezuelan national named Manuel

---

[1] SunTrust Bank and SunTrust Banks, Inc. are collectively referred to as "SunTrust Bank."

41918