# Exhibit "B"

## AFFIDAVIT OF NON-SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:19-MC-23253-XXXX

IN RE::
**APPLICATION OF MAIGUALIDA NARANJO BARRIOS FOR FOREIGN DISCOVERY ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

For:
Gustavo Lamelas
LAMELAS LAW, P.A.
2525 Ponce De Leon Blvd.
Suite 300
Coral Gables, FL 33134

Received by Executive Express Courier Services, LLC on the 14th day of August, 2019 at 3:00 pm to be served on **MARIO V. D'ALFONSO, 1110 BRICKELL AVENUE, SUITE # 515, MIAMI, FL 33131**.

I, Nelson Navarrete, being duly sworn, depose and say that on the **13th day of September, 2019 at 5:00 pm, I:**

**NON-SERVED the Ex-Parte Application AND Memorandum In Support of the Ex-Parte Application** for the reason that I failed to find **MARIO V. D'ALFONSO** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
8/15/2019  11:00 am  ATTEMPTED SERVICE AT GIVEN ADDRESS - SERVER ADVISE THEY ARE NO LONGER AT THAT LOCATION. THEY MOVED TO 1395 BRICKELL AVENUE,, SUITE # 1560, MIAMI,FL 33131
8/16/2019  4:00 pm  ATTEMPTED SERVICE AT ALTERNATE ADDRESS - AS PER FT. DESK PERSON STATES HE'S OUT ON VACATION.
8/29/2019  12:00 pm  ATTEMPTED SERVICE - HE'S HASN'T RETURN FROM VACATION YET.
9/4/2019  11:10 am  ATTEMPTED SERVICE AGAIN AS PER ITALO D'ALFONSO CONFIRMED MARIO D'ALFONSO IS IN VENEZUELA AND HIS RETURN IS UNKNOWN.
9/9/2019  10:00 am  ATTEMPTED SERVICE AGAIN HE'S NOT BACK FROM VENEZUELA
9/11/2019  1:00 pm  ATTEMPTED SERVICE AGAIN HE'S NOT BACK FROM VENEZUELA
9/13/2019  3:30 pm  ATTEMPTED SERVICE AGAIN HE'S NOT BACK FROM VENEZUELA



## AFFIDAVIT OF NON-SERVICE For 1:19-MC-23253-XXXX

I certify that I am over the age of 18, have no interest in the above action, and I am a Process Server, in good standing, in the Judicial Circuit in which the process was served. Under penalty of perjury I declared I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to Florida Statutes 92.525.

Subscribed and Sworn to before me on the 16th day of September, 2019 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MARA GARCIA
MY COMMISSION #GG106770
EXPIRES: JUN 07, 2021
Bonded through 1st State Insurance

_____
Nelson Navarrete
C.P.S. #1906

**Executive Express Courier Services, LLC**
4460 N.W. 73 Avenue
Miami, FL 33166
(305) 371-0292

Our Job Serial Number: JRT-2019041919
Ref: BARRIOS

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

Case 1:19-mc-23253-XXXX Document 1 Entered on FLSD Docket 08/05/2019 Page 1 of 4

**United States District Court
for the Southern District of Florida**

Case No. 1:19-mc-23253-XXXX

In Re:

Application of Maigualida Naranjo
Barrios for Foreign Discovery Assistance
Pursuant to 28 U.S.C. § 1782,

    Applicant, Maigualida Naranjo
Barrios.

_____/

### *Ex Parte* Application for Discovery Assistance With Respect to Foreign Legal Proceeding by Maigualida Naranjo Barrios

Applicant Maigualida Naranjo Barrios ("Applicant") requests that the Court render discovery assistance with respect to a foreign legal proceeding, pursuant to 28 U.S.C. § 1782, for the reasons stated below. This application is supported by Applicant's separately filed Applicant's Memorandum in Support of Application for Discovery Assistance. This application is made on an *ex parte* basis to permit the issuance of subpoenas to Banesco USA ("Banesco"), SunTrust Bank, SunTrust Banks, Inc.,[1] Miura Investment Advisors, Inc. f/k/a Multiplicas Investment Advisors, Inc. ("Miura"), MWM Investments Ltd., Multiplicas Investments Ltd., Italo D'Alfonso, Mario V. D'Alfonso, Hugo Ortega, and Marlo G. Ovalles (collectively, the "Respondents") pursuant to Federal Rule of Civil Procedure 45, in connection with which the interests or rights of each Respondent may be protected. *See, e.g., Application of Consorcio Ecuatoriano de Telecomunicaciones, S.A. v. JAS Forwarding (USA), Inc.*, 747 F.3d 1262, 1267-1268 (11th Cir. 2014) (Approval of 28 U.S.C. § 1782 application issued on *ex parte* basis).

    1.    Applicant is a Venezuelan national involved in an ongoing legal proceeding in the Bolivarian Republic of Venezuela ("Venezuela") against a Venezuelan national named Manuel

---

[1] SunTrust Bank and SunTrust Banks, Inc. are collectively referred to as "SunTrust Bank."

