UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-MC-23253-WILLIAMS/TORRES

IN RE: APPLICATION OF
MAIGUALIDA NARANJO BARRIOS
FOR FOREIGN DISCOVERY ASSISTANCE
PURSUANT TO 28 U.S.C. § 1782,

_____/

### ORDER ON THE APPLICANT'S MOTION TO UNSEAL

This matter is before the Court on Maigualida Naranjo Barrios's (the "Applicant") motion to unseal this case. The Applicant filed this action on August 5, 2019 [D.E. 1] for discovery assistance pursuant to 28 U.S.C. § 1782. The Applicant seeks authority to issue subpoenas against Banesco USA, SunTrust Bank, Sun Trust Banks, Inc. Miura Investment Advisors, Inc. f/k/a Multiplicas Investment Advisors, Inc., Multiplicas Investments Ltd., MWM Investments Ltd., Italo D'Alfonso, Hugo Ortega, and Mario G. Ovalles (collectively, the "Respondents") in support of legal proceedings in Venezuela.

On September 18, 2019, the Applicant effectuated personal service on the Respondents and requests that this action be unsealed now that the Respondents are apprised of the application for foreign assistance. After careful consideration of the motion and the record presented, the Applicant's motion is **GRANTED** for good cause shown, and the Clerk is directed to unseal this matter for all further proceedings.

1

2

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of October, 2019.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge