**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-mc-23253-WILLIAMS/TORRES

In re Application of
MAIGUALIDA NARANJO BARRIOS
for Foreign Discovery Assistance
Pursuant to 28 U.S.C. § 1782,

_____/

**ORDER GRANTING APPLICATION FOR AN**
**ORDER PURSUANT TO 28 U.S.C. §1782 TO CONDUCT**
**DISCOVERY FOR USE IN A FOREIGN PROCEEDING**

This matter is before the Court on the *ex parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceeding (the "Application") [D.E. 1] filed by Maigualida Naranjo Barrios, an individual ("Applicant"). The Court, having considered the Application, noting that it is appropriate for the Applicant to proceed *ex parte* due to the language of the statute, and otherwise being fully advised of the facts and issues, hereby **ORDERS** and **ADJUDGES** as follows:

1. The Application is **GRANTED**. The Court finds that 28 U.S.C. § 1782 confers jurisdiction on the Court to preliminarily approve the issuance of discovery in this Judicial District for an ongoing civil proceeding in the Bolivarian Republic of Venezuela.

2. Applicant is authorized to take discovery from Banesco USA, SunTrust Bank, SunTrust Banks, Inc., Miura Investment Advisors, Inc., Multiplicas

Investments Ltd., MWM Investments Ltd, Italo D'Alfonso, Mario V. D'Alfonso, Hugo Ortega, and Marlo G. Ovalles (the "Respondents") by issuing subpoenas for depositions and/or production of documents in the form attached to the Application as Exhibit A ("Subpoena").

3. Applicant is authorized to issue additional subpoenas directed to the Respondents for depositions and/or production of documents on the issues within the scope of the Application consistent with the Federal Rules of Civil Procedure and the Local Rules of this Court.

4. Respondents are directed to comply with the Subpoena issued in this case in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

5. Respondents shall produce the requested information in conformity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida. The entry of this Order does not foreclose the Respondents from seeking relief under Rule 26 and Rule 45 if appropriate.

6. Until further Order by this Court, the Respondents shall preserve documents, electronic or otherwise, and evidence in their possession, custody or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in the application.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of January, 2020.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge